IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CITY OF CORAL SPRINGS/
FLORIDA etc. et al.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

CASE NO. 1D14-4709

v.

PAUL PIETRAFESA,

Appellee.

_____/

Opinion filed March 18, 2015.

An appeal from an order of the Judge of Compensation Claims.
John J. Lazzara, Judge.

Date of Accident: January 18, 2013.

Damian H. Albert of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA,
Fort Lauderdale, for Appellants.

Kelli Biferie Hastings of the Law Office of Kelli B. Hastings, PLLC, Orlando, for
Appellee.

PER CURIAM.

       AFFIRMED.

BENTON, CLARK, and MAKAR, JJ., CONCUR.